IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN M. GRUTTEMEYER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>TRANSIT AUTHORITY OF THE CITY OF OMAHA, a Nebraska corporation; and TRANSPORTATION WORKERS UNION OF AMERICA, LOCAL 223,<br><br>Defendants. | **8:18CV70**<br><br>**ORDER** |

As requested in the motion filing by Defendant, Local 223 of the Transport Workers Union, (Filing No. 30), which is hereby granted,

IT IS ORDERED that the final progression order is amended as follows:

1) The jury trial of this case is set to commence before Joseph F. Bataillon, Senior United States District Judge, in Courtroom 3, United States Courthouse, Lincoln, Nebraska, a 8:30 a.m. on **July 30, 2019**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of other civil cases that may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **July 10, 2019** at **9:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on July 9, 2019.

3) The deadline for filing motions to dismiss and motions for summary judgment is March 15, 2019.

February 28, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge