IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN M. GRUTTEMEYER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>TRANSIT AUTHORITY OF THE CITY OF OMAHA, a Nebraska corporation; and TRANSPORTATION WORKERS UNION OF AMERICA, LOCAL 223,<br><br>Defendants. | 8:18CV70<br><br>**ORDER** |

A pretrial conference is scheduled for August 20, 2019 and the jury trial is scheduled for September 3, 2019. Defendants' motion for summary judgment is pending.

Accordingly,

IT IS ORDERED that on the court's own motion, the pretrial conference and jury trial are continued pending further order of the court. If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

August 16, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge