IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN M. GRUTTEMEYER, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> TRANSIT AUTHORITY OF THE CITY OF OMAHA, a Nebraska corporation; <br><br> Defendant. | 8:18CV70 <br><br> ORDER |

This matter is before the Court on The Transit Authority of the City of Omaha d/b/a Metro Area Transit's ("Metro") to release the $150,000.00 bond posted by the defendant on July 10, 2020. Filing No. 160. Metro has shown that on October 12, 2022, the plaintiff filed a Satisfaction of Judgment and the parties filed a Stipulation to Release Bond. Filing Nos. 158 and 159. Metro has provided the Court with a copy of its Internal Revenue Service Form W-9. Filing No. 160, Ex. A. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

The Clerk of Court shall release the bond to The Transit Authority of the City of Omaha, Attn: Edith Simpson, 2222 Cuming Street, Omaha, Nebraska 68102.

Dated this 9th day of February 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

1