IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. GRUTTEMEYER, an Individual; | ) ) | Case No.   8:18CV70 |
| Plaintiff, | ) ) | **ORDER TO DESTROY** |
| vs. | ) ) ) | |
| TRANSIT AUTHORITY OF THE CITY OF OMAHA, a Nebraska corporation; | ) ) ) | |
| Defendant. | ) | |

Counsel for both the plaintiff and the defendant notified the court on February 13, 2023 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Trial Exhibits   3/2-5/2020

Defendant's Trial Exhibits 3/2-5/2020

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   February 13, 2023

BY THE COURT

s/ **Joseph F. Bataillon**
Senior United States District Judge